No. 91–5341.  DREW *v.* EADS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–5342.  FRETT *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–5343.  THOMAS *v.* WHITE, ATTORNEY GENERAL OF ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 91–5345.  SANCHEZ *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–5346.  WADE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5347.  TAYLOR *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–5348.  CUMMINGS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5351.  WETMORE *v.* ALLEN, COMMISSIONER, MAINE DEPARTMENT OF CORRECTIONS.  C. A. 1st Cir.  Certiorari denied.

No. 91–5352.  SEAGRAVE *v.* LAKE COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–5353.  SEAGRAVE *v.* LAKE COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–5354.  MOULTON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–5355.  LEONARD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5356.  D. M. J. *v.* B. G. B.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 91–5357.  LeBOUEF *v.* GASPARD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–5358.  MARIN *v.* HAZELTON ET AL.  C. A. 9th Cir.  Certiorari denied.